United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30644
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MIGUEL AYALA-MARIN, also known as Carlos Castenada-
Hernandez, also known as Carlos Hernandez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 02-CR-130-C-ALL
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defender appointed to represent
Jose Miguel Ayala-Marin has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967). Ayala-Marin has filed a response. Ayala-Marin's request
for new counsel for his appeal is DENIED. Our independent review
of the brief, the record, and Ayala-Marin's response discloses no
nonfrivolous issue. The motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.